## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **DAVID HARPER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CASE NO.  11-406-SCW** |
| vs. | ) | |
| | ) | |
| **DERWIN LEE RYKER, J. HENTON, J. OCHS, LT. MIDDLETON, ELAINE HARDY, NURSE HAINES, JAMES FENOGLIO, WEXFORD HEALTH SYSTEMS, INC.** and **WEXFORD HEALTH SOURCES.,** | ) ) ) ) ) ) ) | |
| | ) | |
| Defendant(s). | | |

### JUDGMENT IN A CIVIL CASE

Defendant **DERWIN LEE RYKER** was dismissed without prejudice on June 26, 2012 by

an Order entered by Judge Michael J. Reagan (Doc. 11).

Defendants **J. HENTON, ELAINE HARDY, NURSE HAINES, JAMES**

**FENOGLIO and WEXFORD HEALTH SOURCES** were granted summary judgment on

March 28, 2014 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 104).

Defendants **J. OCHS** and **Lt. MIDDLETON** were dismissed without prejudice on April

25, 2014 by and Order entered by Magistrate Judge Stephen C. Williams (Doc. 114).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants

**J. HENTON, ELAINE HARDY, NURSE HAINES, JAMES FENOGLIO, WEXFORD**

**HEALTH SYSTEMS, INC.** and **WEXFORD HEALTH SOURCES** and against Plaintiff

**DAVID HARPER.**

Plaintiff shall take nothing from this action.

**DATED** this 25th day of April, 2014

                                        NANCY J. ROSENSTENGEL,
                                        Clerk of Court

                                        By: s//Angie Vehlewald
                                              Deputy Clerk

Approved by:  s// Stephen C. Williams
                STEPHEN C. WILLIAMS
                United States Magistrate Judge